THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCIAL COLON, Appellant. [29 NYS3d 796]—Order, Supreme Court, Bronx County (Troy K. Webber, J.), entered April 23, 2014, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Clear and convincing evidence supported the assessment of 20 points under the risk factor for continuing course of sexual misconduct (*see People v Mingo*, 12 NY3d 563 [2009]). The detailed case summary and felony complaint constituted reliable hearsay, and the court properly relied on them for proof of criminal conduct for which defendant was neither indicted nor convicted (*see People v Johnson*, 130 AD3d 454, 454 [1st Dept 2015], *lv denied* 26 NY3d 908 [2015]; *People v Epstein*, 89 AD3d 570, 570-571 [1st Dept 2011]). Furthermore, defendant did not offer any basis for doubting the accuracy of the case summary (*see People v Irizarry*, 124 AD3d 429, 429 [1st Dept 2015], *lv denied* 25 NY3d 907 [2015]). Concur—Friedman, J.P., Acosta, Moskowitz, Kapnick and Gesmer, JJ.